13-2125-cv
*Bellinger v. Colvin*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand fourteen.

PRESENT: RICHARD C. WESLEY,
SUSAN L. CARNEY,
*Circuit Judges*,
RICHARD K. EATON,*
*Judge*.

_____

CELIA BELLINGER,

  *Plaintiff-Appellant*,

              13-2125-cv

  v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,
  *Defendant-Appellee*.

_____

* The Honorable Judge Richard K. Eaton, of the United States Court of International Trade, sitting by designation.

FOR PLAINTIFF-APPELLANT:   ELIZABETH A. MASON, New York, NY

FOR DEFENDANT-APPELLEE:   KATHLEEN A. MAHONEY, Assistant
United States Attorney (Varuni Nelson,
Assistant United States Attorney, *on the brief*),
*For* Loretta E. Lynch, United States Attorney
for the Eastern District of New York,
Brooklyn, NY

Appeal from the United States District Court for the Eastern District of New York (Carol Bagley Amon, *Chief Judge*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED,**

**ADJUDGED AND DECREED** that the judgment of the district court is

**AFFIRMED** for substantially the same reasons stated by the district court in its

opinion dated March 28, 2012**.**

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2